IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY A. STARK                                                                    PETITIONER

VS.                      CASE NO. 5:07CV00160 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                               RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 7th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE