IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY A. STARK                                                                   PETITIONER

VS.                  CASE NO. 5:07CV00160 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 7th day of September, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE